### LOONEY, ET AL. v. BROOKS, ET AL.
(Decided May 11, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. JOHN W. ALTMAN, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

### MALAVAZOS v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES W. FERGUSON.

C. B. POWELL, for appellant. W. L. MARTIN, Attorney General, and M. M. ULLMAN, for State.

Per curiam. Dismissed without prejudice.

---

### MALLETT v. THE STATE.
(Decided May 13, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Affirmed on the record.